## Creel v. DJ Mobile et al (2:24-cv-03403)

Response to Objection

**FILED**

MAY 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

INTRODUCTION

Plaintiff is a pro se litigant without formal legal training and did not fully understand how to properly structure or organize his claims at the time of filing. Plaintiff originally believed it was appropriate to combine multiple issues into one case because they all stemmed from the same general situation: delays, obstacles, and misconduct that cost Plaintiff significant time, energy, and effort in trying to exercise his rights and obtain his concealed carry permit.

Even though these problems involved different agencies and people, they all interfered with Plaintiff's ability to get his permit or participate fairly in the legal process. Plaintiff now recognizes that the legal system treats these as separate issues and has already taken the initiative to split them into multiple cases accordingly, including one specific to conditions at the RV park.

Plaintiff respectfully asks the Court to reject the recommendation to dismiss with prejudice and instead allow this matter to be dismissed without prejudice so it may be refiled properly and heard in a future court hearing.

Plaintiff also notifies the Court that can be fille a voluntary dismissal order and intends to pursue a full hearing on this matter at a later date, once the claims are better organized and ready for review.

---

II. OBJECTIONS

1. Oversimplification of Plaintiff's Claims

The F&Rs minimize Plaintiff's allegations as general grievances when they in fact raise serious constitutional and civil rights issues, including:

Second Amendment violations under New York State Rifle & Pistol Association v. Bruen, 597 U.S. ___ (2022);

ADA violations, including ignored accommodation requests and lost disability forms;

Retaliation and procedural misconduct, including a refusal to engage respectfully, loss of evidence, and inconsistent behavior by local officials.

Plaintiff has faced more delays and scrutiny than the average person, which may be tied to his ADHD and Asperger's diagnosis.

---

2. Plaintiff Already Took Steps to Split Claims

Plaintiff has voluntarily separated unrelated matters into different cases, including a separate action involving the RV park. This was done in good faith to help this case focus on key constitutional issues.

---

3. Retaliation and Changing Narratives

After filing a lawsuit using a fee waiver, Plaintiff faced hostility from DA Dwayne Stewart, who criticized the waiver. Later in court, Stewart reversed course and used the waiver to deflect accountability, stating Plaintiff could "just reapply" for the CCW. This kind of behavior reflects a pattern of retaliation and evasion, not good-faith governance.

---

4. Constitutional Context and Federal Investigations

Plaintiff referenced in his tort filings that the DOJ under the Trump administration had taken action against other jurisdictions for similar misconduct (Doe v. LASD, Case No. 2:23-cv-05845). Plaintiff also sent links referencing such investigations as part of his notice to officials. These aren't isolated incidents — they reflect broader constitutional problems.

---

5. Disability Discrimination (For Plaintiff to Expand If Needed)

> Plaintiff has ADHD and Asperger's Syndrome. These disabilities impair executive functioning and communication.
Plaintiff has had to wait longer, provide more explanation, and overcome more administrative barriers than others.
His disability accommodation paperwork was "lost" during court proceedings, and even basic courtroom interactions (such as unequal phone-use enforcement or refusal to shake hands) suggest discrimination.
Reasonable accommodations were not granted in line with the ADA.

---

## III. CONCLUSION

For the reasons stated above, Plaintiff respectfully asks that this Court:

Reject the Magistrate Judge's recommendation to dismiss with prejudice;

Instead dismiss the complaint without prejudice, so that Plaintiff may refile and pursue the matter properly in a future hearing;

Plaintiff also notifies the Court of his willingness to file a voluntary dismissal order and proceed with this case later, with better organization and possibly assistance from a paralegal.

Respectfully submitted,
[Chad Creel]
Plaintiff, Pro Se
[May 9 2025]