UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MICHAEL CREEL, | Case No. 2:24-cv-03403-DC-CSK |
| Plaintiff, | |
| v. | ORDER |
| DJ MOBILE, et al., | (ECF No. 5) |
| Defendant. | |

Pending before the Court is Plaintiff Chad Michael Creel's motion to Streamline Parties and Claims, Request to Drop Certain Defendants, and Leave to Amend the Complaint.[1]  (ECF No. 5.) Plaintiff is appearing without counsel.  Pursuant to Local Rule 230(g), the Court submits the motion upon the record and briefs on file.

For the reasons that follow, the Court orders DENYING Plaintiff's motion without prejudice.

/ / /

/ / /

/ / /

/ / /

---

[1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

## I.     BACKGROUND

### A.     Factual Allegations[2]

Plaintiff brings this action against twelve Defendants: DJ Mobile; Law Office of Joseph Carrol; Western Association Housing Association; Storz Management Co; Sacramento Supervisor; Jon Owens; Glenn County Sheriff; Attorney Stephan Rice; Haggin Oak Estates; Sacramento County; Sacramento County Sheriff Department; and Count Commissioner. *See* Compl. (ECF No. 1). The Complaint makes several allegations, including discrimination based on Plaintiff's alleged disability, defamation, harassment, negligence, illegal eviction and emotional distress. Compl. at 10, 13-14. The Complaint is described in further detail in this Court's findings and recommendations to deny his application in forma pauperis and dismiss the Complaint without leave to amend. (ECF No. 4.)

### B.     Procedural Posture

On December 6, 2024, Plaintiff Chad Michael Creel filed a Complaint against Defendants DJ Mobile, Law Office of Joseph Carrol, Glenn County, Western Association Housing, Storz Management CO, Sacramento Supervisor, Jon Owens, Glenn County Sheriff, Stephanie Rice, Haggin Oak Estates, Sacramento County, Sacramento County Sheriff Department, and Court Commissioner. (ECF No. 1.) The same day, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2.) On April 28, 2025, the Court issued findings and recommendations that the motion to proceed in forma pauperis be denied and the Complaint be dismissed without leave to amend. (ECF No. 3.) Plaintiff filed objections to the findings and recommendations on May 9, 2025. (ECF No. 4.) On January 13, 2026, Plaintiff made an additional filing, titled "Motion to Streamline Parties and Claims; Request to Drop Certain Defendants and/or or Leave to Amend; and

---

[2] These facts primarily derive from the complaint (ECF No. 1), which are construed in the light most favorable to Plaintiff as the non-moving party. *Faulkner v. ADT Sec. Servs.*, 706 F.3d 1017, 1019 (9th Cir. 2013). However, the Court does not assume the truth of any conclusory factual allegations or legal conclusions. *Paulsen v. CNF Inc.*, 559 F.3d 1061, 1071 (9th Cir. 2009).

Request to Dismiss Certain Parties with/without Prejudice as Stated." (ECF No. 5.)  The Court's findings and recommendations remain pending. *See* Docket.

## II.      DISCUSSION

Plaintiff's motion states it wishes to "streamline" the matter by removing parties and claims that "create judicial immunity barriers; misjoinder/complexity concerns, and duplicative parallel litigation with Glenn County Superior Court." Pl. Mot. at 6 (available at ECF No. 5.) Plaintiff seeks an order dismissing Defendant Court Commissioner with prejudice, dismissing without prejudice the Sheriff and County related parties and claims for consolidation in Glenn County Superior Court, and permitting the claims against Defendant DJ Mobile to succeed. *Id*. at 8.

Presently, there are findings and recommendations pending before the district court to dismiss the Complaint without leave to amend. (ECF No. 3.) Plaintiff filed objections within the appropriate 14-day period. Pl's Obj. (available at ECF No. 4.) If the district court declines to adopt the findings and recommendations, then Plaintiff may file a renewed motion to amend the Complaint. Accordingly, Plaintiff's motion is denied without prejudice.

## III.     CONCLUSION

In conclusion, IT IS HEREBY ORDERED that Plaintiff's motion to Streamline Parties and Claims, Request to Drop Certain Defendants, and Leave to Amend the Complaint (ECF No. 5) be DENIED without prejudice.

Dated:  May 4, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7, cree.3403.24.order

3